## A. J. O'Reilly v. E. M. Samuels.

1. QUESTIONS OF FACT—*Verdict Conclusive.*—Upon questions of fact the verdict of a jury is, ordinarily, conclusive.

**Memorandum.**—Assumpsit on a promissory note. Appeal from the Superior Court of Cook County; the Hon. JOHN BARTON PAYNE, Judge, presiding. Heard in this court at the October term, 1894, and affirmed. Opinion filed December 6, 1894.

L. L. SMITH, attorney for appellant.

GRIFFIN & BRADLEY, attorneys for appellee.

MR. JUSTICE WATERMAN DELIVERED THE OPINION OF THE COURT.

This was an action upon a promissory note.

The defendant endeavored to show by cross-examination of the plaintiff that the note was given for losses sustained in a gambling transaction on the Board of Trade.

Only a question of fact is involved. We see no sufficient reason for interfering with the judgment of the Superior Court and it is affirmed.